NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLOSED

| | |
|---|---|
| JONATHON STERLING., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY <br><br> Defendant. | Hon. Dennis M. Cavanaugh <br><br> **ORDER** <br><br> Civil Action No. 2:12-02878 (DMC) |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

    This matter having come before the Court upon the appeal of Plaintiff Jonathon Sterling from the final decision of the Commissioner of Social Security denying Plaintiff's claims for a period of disability and disability insurance benefits under Title II of the Social Security Act, and the Court having considered the parties submission, and for the reasons stated in the Court's Opinion filed this day;

    IT IS on this _10_ day of June, 2013;

    **ORDERED** that Plaintiff's appeal is **denied**.

                                                                           Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk
cc:          All Counsel of Record